IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TERMAINE AIKENS,

    Petitioner,

v.                                                             4:12cv192–WS/GRJ

SECRETARY, DEPT. OF
CORRECTIONS,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed June 30, 2015. Doc. 23. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied. Although he was granted an extension of time to file objections to the report and recommendation, the petitioner has filed no such objections.

This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 23) is hereby

ADOPTED and incorporated by reference into this order.

2.  The petitioner's petition (doc. 1) for writ of habeas corpus is DENIED.

3.  The clerk shall enter judgment stating: "The petitioner's petition for writ of habeas corpus is DENIED."

4.  A certificate of appealability is DENIED.

DONE AND ORDERED this   3rd   day of    September   , 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE